**Judgment Vacated and Case Dismissed; Opinion Filed March 31, 2020**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00948-CV

**JOYCE ANN GRAY, Appellant**
**V.**
**NATIONSTAR MORTGAGE D/B/A MR. COOPER, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03758-B**

## MEMORANDUM OPINION

Before Justices Myers, Whitehill, and Pedersen, III
Opinion by Justice Myers

This is an appeal from the trial court's judgment of possession in a forcible detainer suit. Before the Court is appellee's motion to dismiss the appeal as moot because appellant has been evicted from the property. Appellant did not file a response.

The issue in an eviction suit is the right to actual possession of the premises. Once a tenant has vacated or been evicted from the property, no justiciable controversy exists, and the appeal is moot. *See Olley v. HVM, L.L.C.*, 449 S.W.3d 572, 576–77 (Tex. App.—Houston [14th Dist.] 2014, pet. denied). When an appeal has become moot, an appellate court must vacate the trial court's judgment and

dismiss the case.  *See Marshall v. Housing Auth. of City of San Antonio*, 198 S.W.3d 782, 785 (Tex. 2006).

Appellant is no longer in possession of the property and this appeal is now moot.  Accordingly, we grant appellee's motion, vacate the trial court's judgment of possession, and dismiss the case.  *See id*.


/Lana Myers
LANA MYERS
JUSTICE

190948F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOYCE ANN GRAY, Appellant

No. 05-19-00948-CV          V.

NATIONSTAR MORTGAGE D/B/A MR.
COOPER, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-19-03758-B.
Opinion delivered by Justice Myers.
Justices Whitehill and Pedersen, III
participating.

In accordance with this Court's opinion of this date, the trial court's judgment dated July 18, 2019 is **VACATED** and the case is **DISMISSED**.

It is **ORDERED** that appellee NATIONSTAR MORTGAGE D/B/A MR. COOPER recover its costs of this appeal from appellant JOYCE ANN GRAY.

Judgment entered this 31st day of March, 2020.